IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYSHA KILGORE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-14-926-C |
| ) | |
| AT FINANCIAL SERVICES, LLC, ) | |
| ET AL., ) | |
| Defendant ) | |

ADMINISTRATIVE CLOSING ORDER

Upon the representation from the office of Plaintiff's counsel that the parties have reached a settlement and compromise, it is ORDERED that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 120 days of this date for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed.

IT IS SO ORDERED this 13th day of May, 2015.

ROBIN J. CAUTHRON
United States District Judge